IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

No. 24-1305 T
(Judge Molly R. Silfen

TARGETPATH, LLC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_____

NOTICE OF APPEARANCE

_____

Please enter the appearance of Jennifer Dover Spriggs, as attorney of record for the

United States.  Service of all papers by opposing parties should be addressed as follows:

Jennifer Dover Spriggs, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, DC  20044
*Email: Jennifer.D.Spriggs@usdoj.gov*

Dated: September 11, 2024

*/s/Jennifer Dover Spriggs*
JENNIFER DOVER SPRIGGS
Trial Attorney
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-0840
Fax: (202) 514-9440